UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL I. GOLDBERG, as Receiver
for W.L. Ware Enterprises and Investments,
Inc. d/b/a Ware Enterprises and Investments,
Inc., Ware Enterprises and Investments,
LLC, d/b/a W.L. Ware Enterprises and
Investments, LLC,

          Plaintiff,

CASE NO. 6:05-cv-1540-ORL-18JGG

v.

BRENDA MADISON a/k/a
BRENDA H. MADISON,

          Defendant.

and

BANK OF AMERICA, N.A.

          Garnishee.
_____/

## FINAL JUDGMENT IN GARNISHMENT

THIS CAUSE came before the Court on the Unopposed Motion for Final Judgment In Garnishment, and the Court, having reviewed the pleadings on file, and being otherwise duly advised in the premises, it is

**ORDERED AND ADJUDGED:**

1.     Plaintiff's Motion for Final Judgment in Garnishment is **GRANTED**.

2.     Plaintiff shall have, receive and recover from the Garnishee, BANK OF

{01113311;2}

AMERICA, N.A., the amount of $215,000.00, for which sum let execution issue forthwith, from the following accounts (the "Garnished Accounts"):

| ACCOUNT TYPE AND NUMBER | NAME | AMOUNT HELD |
|---|---|---|
| Money Manager 003269809069 | Brenda H. Harrison | $ 91,935.00 |
| Investment Account W14223328 | Brenda Madison | $147,548.00 |

3. Upon Plaintiff's receipt of Garnishee's payment of $215,000.00 from the Garnished Accounts, Plaintiff shall file an acknowledgement of receipt with the Court and provide a copy of same to Garnishee via facsimile and U.S. Mail.

4. Upon Plaintiff's filing of an acknowledgement of receipt, the Garnishee shall then release to the Defendant, Brenda Madison a/k/a Brenda H. Madison, the remaining balance in the Garnished Accounts, as well as the funds being held in the following accounts:

| ACCOUNT TYPE AND NUMBER | NAME | AMOUNT HELD |
|---|---|---|
| Checking Account 003250220078 | Michael Madison, Sr. Brenda Harrison | $ 16,029.93 |
| Savings Account 003272373434 | Brenda H. Madison Michael Madison, Sr. | $ 2,303.91 |

5. Plaintiff shall pay to Garnishee's attorney, J.T. Haley, Esquire, the statutory allowance for attorneys' fees in the amount of $100.00 as set forth in Florida Statute § 77.28.

6. Plaintiff's address is Las Olas Centre II, Suite 1600, 350 East Las Olas

{01113311;2}

Blvd., Ft. Lauderdale, FL 33301-2229.

DONE AND ORDERED in Orlando, Orange County, Florida, this 29 day of January, 2007.

*[signature]*
HONORABLE G. KENDALL SHARP
U.S. DISTRICT COURT JUDGE

**Copies furnished to:**

JILL E. KELSO, ESQ.,
Counsel for Plaintiff
Akerman Senterfitt
P.O. Box 231
Orlando, FL 32802-0231

JASON H. KLEIN, ESQ.
Counsel for Defendant
Greenberg Traurig, P.A.
450 S. Orange Ave., Suite 650
Orlando, FL 32801

MARK G. TRIGG, ESQ.
Counsel for Defendant
Greenberg Traurig, LLP
The Forum – Suite 400
3290 Northside Parkway
Atlanta, GA 30327

J.T. HALEY, ESQ.
Counsel for Bank of America, N.A.
Haley, Sinagra, Paul & Toland, P.A.
300 Sevilla Avenue, Suite 210
Coral Gables, FL 33134

{01113311;2}